## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE JELD-WEN HOLDING, INC. DERIVATIVE LITIGATION | Case No.: 1:21-cv-00135-RGA (Consolidated) |

### PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND FEE AND EXPENSE AWARD

Plaintiffs Board of Trustees of the City of Miami General Employees' & Sanitation Employees' Retirement Trust ("City of Miami Trust"), Shieta Black ("Black"), and Jason Aldridge ("Aldridge" and, together with City of Miami Trust and Black, "Plaintiffs") hereby move this Court, pursuant to Rule 23.1 of the Federal Rules of Civil Procedure, for entry of an order: (1) granting final approval of the proposed Settlement as set forth in the Stipulation and Agreement of Settlement dated September 7, 2022 (the "Stipulation"); (2) entering the [Proposed] Judgment Approving Derivative Settlement, submitted concurrently herewith (and attached as Exhibit C to the Stipulation), and dismissing all claims; (3) awarding the attorneys' fees and expense reimbursement (the "Fee and Expense Award"); and (4) granting such other relief as the Court deems appropriate (the "Motion").

In support of the Motion, Plaintiffs rely upon the accompanying Brief in Support of Plaintiffs' Motion for Final Approval and Award of Attorneys' Fees and Expenses, the Declaration of Mark Lebovitch in Support of Plaintiffs' Motion for Final Approval and Award of Attorneys' Fees and Expenses, and the exhibits annexed thereto, all prior pleadings and proceedings, and other evidence and arguments that may be presented prior to the Court's decision on the Motion.

| Dated: November 14, 2022 | Respectfully submitted, |
|---|---|
| | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| OF COUNSEL: | /s/ *Glenn R. McGillivray* |
| | Gregory V. Varallo (Bar No. 2242) |
| Mark Lebovitch | Glenn R. McGillivray (Bar No. 6057) |
| Robert Kravetz | 500 Delaware Avenue, Suite 901 |
| Thomas G. James | Wilmington, DE 19801 |
| Reuben G. Gottlieb | Telephone: (302) 364-3601 |
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | Facsimile: (302) 364-3610 |
| | E-mail: greg.varallo@blbglaw.com |
| 1251 Avenue of the Americas | glenn.mcgillivray@blbglaw.com |
| New York, NY 10020 | |
| Telephone: (212) 554-1400 | *Lead Counsel for Plaintiffs* |
| Facsimile: (212) 554-1444 | |
| Email: markl@blbglaw.com | |
| robert.kravetz@blbglaw.com | |
| thomas.james@blbglaw.com | |
| reuben.gottlieb@blbglaw.com | |
| | |
| *Lead Counsel for Plaintiffs* | |
| | |
| Gregory M. Nespole | Gregory Del Gaizo |
| **LEVI & KORSINSKY, LLP** | **ROBBINS LLP** |
| 55 Broadway, 10th Floor | 5040 Shoreham Place |
| New York, NY 10006 | San Diego, CA 92122 |
| Telephone: (212) 363-7500 | Telephone: (619) 525-3990 |
| Facsimile: (212) 363-7171 | Facsimile: (619) 525-3991 |
| E-mail: gnespole@zlk.com | Email: gdelgaizo@robbinsllp.com |
| | |
| *Additional Counsel for Plaintiffs* | *Additional Counsel for Plaintiffs* |